UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY S, HERNANDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN MATEO COUNTY JAIL,<br><br>    Defendant. | Case No. 16-cv-01680-JD<br><br>**ORDER OF DISMISSAL** |

Plaintiff has filed a civil rights action that was dismissed with leave to amend. Court mail that the clerk sent to plaintiff at his last known address has been returned as undeliverable because plaintiff is no longer in custody. Plaintiff has not provided a current mailing address.

More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. See Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: August 30, 2016

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY S, HERNANDEZ,

    Plaintiff,

v.

SAN MATEO COUNTY JAIL,

    Defendant.

Case No. 16-cv-01680-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 30, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony S, Hernandez
#1019702
San Mateo County Jail
300 Bradford Street
Redwood City, CA 94063

Dated: August 30, 2016

Susan Y. Soong
Clerk, United States District Court

By: *Lisa R. Clark*
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2